

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable W. J. McConnell, President
North Texas State Teachers College
Teachers College Station
Denton, Texas

Dear Sir:

Opinion No. O-3126
Re: Authority to purchase auto-
mobile and pay for same out
of appropriation to "Replace
Equipment in Science Building."

Your letter of February 4, 1941, asked the opin-
ion of this department upon the question whether the ap-
propriation provided by the Forty-sixth Legislature for
the North Texas State Teachers College for the sum of Five
Thousand Dollars, to be used to "Replace Equipment in
Science Building", is available for use for the purchase
of a vehicle to replace a 1929 Buick Sedan which is used
in the transportation of biology students out to lakes and
places in the country for biological field work.

The appropriation referred to is provided by the
Legislature for the use of the College in the purchase of
equipment to replace that "in" the Science Building. When
the word "in" is used with reference to place, it means
"inside of", "surrounded by", "within", or "within the
bounds or limits of". 31 C.J. p. 354. It seems clear
that the word in was used by the Legislature in this item
of appropriation with reference to place, that is, the
Legislature intended to authorize the replacing of equip-
ment inside of or within the Science Building of your In-
stitution. The automobile which you propose to purchase
is obviously not a piece of equipment intended for use in-
side of or with the Science Building. Your question is
therefore answered in the negative.

Yours very truly

APPROVED FEB 15, 1941
s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

ATTORNEY GENERAL OF TEXAS

By

R. W. Fairchild
RWF:LM                                          Assistant

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT